**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **CARLOS N. WHITEHEAD,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )    **Civil Action No. 06-0544-KD-B** |
| | ) |
| **MICHAEL J. ASTRUE,**[1] | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
|     **Defendant.** | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and plaintiff having filed his response to the Report and Recommendation wherein he states that he does not object to the remand pursuant to Sentence Four (doc. 16), the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and dated March 19, 2007 is hereby **ADOPTED** as the opinion of this Court.

Accordingly, for good cause shown, it is **ORDERED** that Defendant's "Motion and Memorandum for Entry of Judgment Pursuant to Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to the Defendant" (Doc. 14) be and hereby is **GRANTED** and that this action is **REVERSED and REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g), so that "upon remand by the Court, the Commissioner will direct an Administrative Law Judge to hold a hearing and obtain evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base." (Id. at 1-

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, he has been substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

2).

This remand, pursuant to sentence four of Section 405(g), makes Plaintiff a prevailing party for purposes of the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Shalala v. Schaefer, 509 U.S. 292 (1993).

**DONE** this the 27th day of March, 2007.

                                      **s / Kristi K. DuBose**
                                      **KRISTI K. DuBOSE**
                                      **UNITED STATES DISTRICT JUDGE**