```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

| | |
|---|---|
| **CARLOS N. WHITEHEAD,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   Civil Action 06-00544-KD-B |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| Commissioner of | * |
| Social Security, | * |
| | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and no objections having been filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 23, 2007, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 17th day of September, 2007.

                                            **s/ Kristi K. DuBose**
                                            KRISTI K. DuBOSE
                                            UNITED STATES DISTRICT JUDGE